ACCEPTED
01-15-00108-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 9:27:23 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00108-CV

_____

IN THE COURT OF APPEALS
FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 9:27:23 AM

CHRISTOPHER A. PRINE
Clerk

_____

Premium Valve Services, LLC
Appellant
v.
Comstock Oil & Gas, LP, Comstock Oil & Gas- Louisiana, LLC
and Certain Underwriters
Appellees

On Appeal from the 270th Judicial District Court
Harris County, Texas

_____

## AGREED MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF

_____

Appellant, Premium Valve Services, LLC ("PVS") files this Agreed Motion to Extend Time to File Appellant's Brief, and would show the Court as follows:

1. The parties have agreed to this motion.

2. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

3. The Clerk's Record was filed in this Court on April 29, 2015. The Reporter's Record was filed on February 6, 2015. PVS's Brief of Appellant is due

on May 29, 2015. There have been no prior motions or requests to extend the time to file Appellant's Brief.

4.     This is an appeal from a jury trial in an oil well blow-out case involving property damages, resulting in a judgment in favor Appellees for actual damages of $12,700,000. Trial lasted eight days, and included over 13,000 pages of exhibits and photographs, as well as testimony from nineteen witnesses including four retained experts. The factual and technical issues in the case were detailed and complex. Counsel for PVS has worked diligently on preparation of the brief, but has been required to travel extensively in connection with discovery in other matters during the past month, and is set for pretrial on May 26, and trial on June 1 in another matter in Austin, Texas.

5.     PVS respectfully requests an additional 30 days to finalize and file its brief, extending the time up to and including June 29, 2015.

6.     This motion is not sought for delay, but that justice may be done.

For these reasons. PVS respectfully asks the Court to grant an extension of time to file its brief up to and including June 29, 2015.

Respectfully submitted,

*/s/ H. Dwayne Newton*

_____

H. Dwayne Newton
State Bar of Texas No. 14977200
dnewton@newton-lawyers.com
NEWTON, JONES & SPAETH
3405 Marquart
Houston, TX  77027
Telephone:     713-493-7620
Facsimile:      713-493-7633


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred via email on May 28, 2015 with counsel for Appellees listed below and she has agreed to the relief sought in this motion.

Julie M. Palmer
State Bar of Texas No. 08710800
jpalmer@grayreed.com
GRAY REED & MCGRAW, PC
1300 Post Oak Blvd., Suite 2000
Houston, TX  77056

*/s/ Cynthia L. Jones*

_____

Cynthia L. Jones
State Bar of Texas No. 00852600

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Unopposed Motion to Extend Time to File Appellant's Brief was served on the following party via electronic filing on May 28, 2015.

Julie M. Palmer
State Bar of Texas No. 08710800
jpalmer@grayreed.com
GRAY REED & MCGRAW, PC
1300 Post Oak Blvd., Suite 2000
Houston, TX  77056

/s/ Cynthia L. Jones
_____
Cynthia L. Jones
State Bar of Texas No. 00852600